UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE L. TINGLER, | : | |
| Plaintiff, | : | NO. 1:20-CV-01813 |
| | : | |
| -vs- | : | |
| | : | (SCHWAB, M.J.) |
| ANDREW SAUL, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | **[FILED VIA ECF]** |

FILED
HARRISBURG, PA
JUN 28 2021
PER ___ DEPUTY CLERK

## ORDER

AND NOW, this 28th day of June, 2021, upon consideration of Defendant's Unopposed Motion to Remand, and any response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED, and this case is remanded to the Commissioner for further proceedings.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

BY THE COURT:

_____
SUSAN E. SCHWAB
U.S. MAGISTRATE JUDGE